NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARSHA L. PAYTON,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2013-3011

---

Petition for review of the Merit Systems Protection Board in case no. AT0353110956-I-1.

---

**ON MOTION**

---

**ORDER**

Marsha L. Payton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

MARSHA PAYTON V. MSPB                                                    2

                                        FOR THE COURT

                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s21